Jay Gustavsen
gus@davisoncopple.com
Idaho State Bar No. 5293
**DAVISON, COPPLE, COPPLE & COPPLE**
199 N. Capitol Blvd., Ste. 600
Boise, ID 83702
T: (208) 342-3658

Peter K. Stris (*pro hac vice*)
  peter.stris@strismaher.com
Brendan S. Maher (*pro hac vice*)
  brendan.maher@strismaher.com
Rachana A. Pathak (*pro hac vice*)
  radha.pathak@strismaher.com
John Stokes (*pro hac vice*)
  john.stokes@strismaher.com
**STRIS & MAHER LLP**
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

Attorneys for Plaintiffs STAR DIALYSIS, LLC;
ORDUST DIALYSIS, LLC; ROUTT DIALYSIS,
LLC; PANTHER DIALYSIS, LLC; DAVITA INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STAR DIALYSIS, LLC; ORDUST DIALYSIS, LLC; ROUTT DIALYSIS, LLC; PANTHER DIALYSIS, LLC; DAVITA INC., <br><br> Plaintiffs, <br><br> v. <br><br> WINCO FOODS EMPLOYEE BENEFIT PLAN; WINCO FOODS, LLC, a Delaware limited liability company; and WINCO HOLDINGS, INC., an Idaho corporation, <br><br> Defendants. | Case No. 1:18-cv-00482 <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME** |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 6-1(a), the above-captioned parties, through their counsel of record, hereby stipulate and agree to extend the time (1) for Plaintiffs to file their response brief to Defendants' motion to dismiss [Dkt. 20] from January 11, 2019 to January 25, 2019, and (2) for Defendants to file their reply brief from February 8, 2019 to February 15, 2019, for the following reasons:

1. The parties have previously agreed to extend Defendants' time to respond to the complaint, from November 23, 2018 to December 7, 2018. The parties also agreed, if Defendants filed a motion to dismiss, to allow Plaintiffs an extension of at least two weeks, from December 28, 2018 to January 11, 2019.

2. The parties also previously agreed to extend the time to file joint litigation and discovery plans from December 26, 2018 to January 31, 2019.

3. The requested 14-day extension of time for Plaintiffs' response will allow Plaintiffs adequate time to prepare a brief on the complex questions presented by Defendants' motion, and is necessary in light of the tasks and deadlines Plaintiffs' counsel is currently facing in other matters.

   a. On January 8, 2019, Plaintiffs' counsel will present oral argument before the Supreme Court of the United States in *Fourth Estate Public Benefit Corporation vs. Wall-Street.com*, No. 17-571.

   b. Plaintiffs' counsel has numerous upcoming deadlines associated with a trial beginning on February 19, 2019, in a matter before the United States District Court for the Central District of California, *Grasshopper House, LLC v. Clean & Sober Media*, No. 2:18 Civ. 923 (SVW) (RAO). These deadlines include: a

pretrial conference of counsel on January 4, 2019; motions in limine due January 7, 2019; cross-motions for summary judgment to be filed imminently, likely in the week of January 7, 2019; and a final pretrial conference on February 4, 2019. This matter has been proceeding on a consolidated schedule, with about ten depositions taking place in December 2018.

c. On January 18, 2019, Plaintiffs' counsel must file its opening brief in a matter before the United States Court of Appeals for the Eighth Circuit, *Rozo v. Principal Life Ins. Co*, No. 18-3310.

d. On January 24, 2019, Plaintiffs' counsel must respond to discovery requests in a matter before the United States District Court for the Northern District of California, *Fairbairn v. Fidelity Investments Charitable Gift Fund*, No. 3:18 Civ. 4881 (JSC).

4. The corresponding 7-day extension of time for Defendants' reply will allow adequate time for Defendants to prepare their reply brief on the complex questions presented by this case, in addition to the joint litigation and discovery plans due on January 31, 2019.

5. This Stipulation is not intended for purposes of delay and no party will be prejudiced by the granting of this extension.

6. The parties respectfully request that the Court enter an Order approving this Stipulation.

Dated: January 4, 2019         By: */s/ Rachana A. Pathak*
                                   Rachana A. Pathak (*pro hac vice*)
                                   Attorneys for Plaintiff

Dated: January 4, 2019         By: */s/ Tyler J. Anderson*
                                   Tyler J. Anderson
                                   Attorneys for Defendants